AARON J. ROMANO, ESQ.
By: Aaron J. Romano #20100
55 Woodland Avenue
Bloomfield, CT 06002
(860) 286-9026

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | :CRIMINAL NO. 3:14CR162(VLB) |
| VS. | : |
| JOSE ROSADO | :JUNE 25, 2020 |

### DEFENDANT'S CONSENT TO VIDEO CONFERENCE REVOCATION HEARING

This consent is filed pursuant to the Fifth and Sixth Amendments of the United States Constitution and the General Order Re: Court Operations Under the Exigent Circumstances Created By COVID-19 filed June 12, 2020.

1. The defendant, Jose Rosado, hereby consents to a hearing on his Revocation of Supervised Release via videoconference to be held on June 26, 2020.

2. The defendant, does not consent to sentencing/disposition for same, and requests a deferral to a date where an in person hearing can be held.

3. Undersigned counsel has made the defendant aware of the June 12 General Orders and priors Orders regarding videoconference hearings and has the authority to file the instant Consent.

this 25th day of June 2020

Respectfully submitted,
  */s/ Aaron J. Romano*
Aaron J. Romano, Esq. Bar ID #20100
Aaron J. Romano, P.C.
55 Woodland Avenue
Bloomfield, CT 06002
Tel (860) 286-9026/Fax (860) 218-9323
aaronromano@attorneyaaronromano.com

## **CERTIFICATION**

I hereby certify that on June 25, 2020, a copy of the foregoing Consent was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

By:   ***/s/   Aaron J. Romano***
Aaron J. Romano, Esq. Bar ID # 20100
Aaron J. Romano PC
55 Woodland Avenue
Bloomfield, CT 06002
Tel (860) 286-9026
Fax (860) 218-9323
aaronromano@attorneyaaronromano.com