AARON J. ROMANO, ESQ.
By: Aaron J. Romano #20100
55 Woodland Avenue
Bloomfield, CT 06002
(860) 286-9026

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | :CRIMINAL NO. 3:14CR162(VLB) |
| VS. | : |
| JOSE ROSADO | :JUNE 25, 2020 |

### DEFENDANT'S MOTION TO SEAL EXHIBITS

Pursuant to the Fifth and Sixth Amendments of the United States Constitution, D. Conn. L. Crim. R. 57, the Defendant, JOSE ROSADO, by and through his undersigned counsel, hereby respectfully moves this court to seal the exhibits to be used in the revocation hearing to be held on June 25, 2020. In support of the instant motion, the Defendant avers that the exhibits in their entirety contain protected health information.

Said exhibits are attached to the instant motion as Exhibits.

this 25th day of June 2020

Respectfully submitted,
 /s/ Aaron J. Romano
Aaron J. Romano, Esq. Bar ID #20100
Aaron J. Romano, P.C.
55 Woodland Avenue
Bloomfield, CT 06002
Tel (860) 286-9026/Fax (860) 218-9323
aaronromano@attorneyaaronromano.com

**CERTIFICATION**

I hereby certify that on June 25, 2020, a copy of the foregoing Motion to Seal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:   */s/ Aaron J. Romano*
Aaron J. Romano, Esq. Bar ID # 20100
Aaron J. Romano PC
55 Woodland Avenue
Bloomfield, CT 06002
Tel (860) 286-9026
Fax (860) 218-9323
aaronromano@attorneyaaronromano.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :CRIMINAL NO. 3:14CR162(VLB) |
| **VS.** | : |
| **JOSE ROSADO** | : |

### ORDER

FOR GOOD CAUSE SHOWN, this _____ day of June, 2020, the defendant's Motion to Seal Exhibits is hereby GRANTED/DENIED.

                                                                                        _____
                                                                                        **J./Clerk**